```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:09-mj-00187 SMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION FOR DISMISSAL OF |
| | ) | CRIMINAL COMPLAINT; |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| ENRIQUE VASQUEZ GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kirk E. Sherriff, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to recall the arrest warrant and to dismiss the complaint against ENRIQUE VASQUEZ GARCIA in the interest of justice.

Dated: July 1, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:09-mj-00187 SMS |
|---|---|
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| ENRIQUE VASQUEZ GARCIA, | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED in the interest of justice that the arrest warrant in this case be recalled and that the Complaint against ENRIQUE VASQUEZ GARCIA be dismissed.

IT IS SO ORDERED.

**Dated:   July 2, 2010**            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE